## (March 14, 1972)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PABLO GONZALEZ, Appellant.— Appeal from the order, Supreme Court, Bronx County, entered August 25, 1970, denying without a hearing defendant's motion for a new trial is dismissed. No appeal lies from an order denying a motion for a new trial based on newly discovered evidence (*People* v. *Greene,* 24 A D 2d 848). Were not the appeal dismissed, the order would be affirmed on the merits. Concur — Nunez, J. P., Kupferman, McNally and Tilzer, JJ.

■ SAUL ANDER, Appellant-Respondent, v. KATHERINE ANDER, Respondent-Appellant.— Judgment, Supreme Court, New York County entered July 27, 1971, unanimously modified, on the law and on the facts, to the extent of reducing the amount that plaintiff shall pay to the defendant for her support and maintenance to $175 per week and, as so modified, the judgment is affirmed, without costs and without disbursements. This record fails to warrant any increase in the amount of the allowance theretofore granted in the separation decree. Concur — Nunez. J. P., Kupferman, McNally and Tilzer, JJ.